E-Filing

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CASBN 229441)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7210
7      Fax: (415) 436-7234
       Email: robert.rees@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,           )  No. CR 07 0041 MMC
                                       )
14      Plaintiff,                     )
                                       )  **PETITION FOR WRIT OF HABEAS**
15   v.                                )  **CORPUS AD PROSEQUENDUM**;
                                       )  ORDER THEREON
16 NORBERTO AVALOS,                    )
                                       )
17      Defendant.                     )
                                       )
18 _____

19      To the Honorable Maxine M. Chesney, United States District Judge of the United States

20 District Court for the Northern District of California:

21      The United States of America respectfully petitions the Court to issue a Writ of Habeas

22 Corpus Ad Prosequendum for the prisoner Norberto Avalos. The prisoner is required to appear

23 in the above-referenced matter FORTHWITH for his initial appearance before the Duty

24 Magistrate in the above-referenced case. His place of custody and jailor are set forth in the

25 //

26 //

27 //

28 //

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07 0041 MMC

following writ.

DATED: January 25, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s
ROBERT DAVID REES
Assistant United States Attorney

IT IS SO ORDERED.

DATED: January 26, 2007

HON. MAXINE M. CHESNEY
United States District Judge

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, or Sheriff of the Sonoma County Jail, 2777 Ventura Avenue, Santa Rosa, California, 95403.

## GREETINGS

The prisoner, Norberto Avalos, Booking # 9955937, is in custody in the above-referenced institution. He is required to appear as soon as possible on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner before the Duty Magistrate of the Northern District of California FORTHWITH. You shall bring him before the Duty Magistrate, 15th Floor, as soon as possible. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Maxine M. Chesney, United States District Judge of the United States District Court for the Northern District of California.

DATED: JAN 2 6 2007

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*/s/ Tracy Lucero*
DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07 0041 MMC

3