1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant AVALOS
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    No. CR-07-0041 MMC
                                    )
12              Plaintiff,          )    STIPULATION AND [PROPOSED]
                                    )    ORDER CONTINUING SENTENCING
13       v.                         )    HEARING
                                    )
14 NORBERTO AVALOS,                 )
                                    )
15              Defendant.          )
   _____)
16

17       Having entered a guilty plea to illegal reentry following deportation, in violation of 8

18 U.S.C. § 1326, defendant Norberto Avalos is scheduled to appear for sentencing on July 25,

19 2007. Defense counsel has a scheduling conflict on July 25, 2007 with appearances in two other

20 courts on the same afternoon. Government counsel also has a scheduling conflict. Accordingly,

21 the parties agree and stipulate that the sentencing hearing presently scheduled for July 25, 2007

22 should be continued to August 1, 2007 at 2:30 p.m. The probation officer has indicated that she

23 ///

24 ///

25 ///

26 ///

CR 07-0041 MMC; STIP. TO CONTINUE
SENTENCING                                       1

1 | is amenable to the requested continuance and is available on August 1, 2007.

2 |     IT SO STIPULATED.

3 |                                           BARRY J. PORTMAN
                                              Federal Public Defender
4 |

5 | Dated: 7/13/07                            _____/s/_____
                                              JOSH COHEN
6 |                                           Assistant Federal Public Defender

7 |                                           SCOTT N. SCHOOLS
                                              United States Attorney
8 |

9 | Dated: 7/13/07                            _____/s/_____
                                              ROBERT REES
10 |                                          Assistant United States Attorney

11 |

12 | **ORDER**

13 | Accordingly, and for good cause shown, the sentencing hearing presently scheduled for

14 | July 25, 2007 is hereby continued to August 1, 2007 at 2:30 p.m.

15 |     IT IS SO ORDERED.

16 | Dated:   July 23, 2007                   _____
                                              MAXINE M. CHESNEY
17 |                                          UNITED STATES DISTRICT JUDGE

18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |

CR 07-0041 MMC; STIP. TO CONTINUE
SENTENCING                                    2